# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD J. ACHREM,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
SOHRAB IRANI, AN INDIVIDUAL;
AND DEBBIE IRANI, AN INDIVIDUAL,
Real Parties in Interest.

No. 74908

**FILED**

FEB 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus or other extraordinary relief challenges district court orders denying partial summary judgment and denying a request for attorney fees and costs in a tort action. Having considered petitioner's argument and the supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (stating that an appeal is generally an adequate legal remedy precluding writ relief and recognizing that petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d. 849, 851 (1991); *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012) ("Discovery matters are within the district court's sound discretion, and [this court] will not disturb a district court's ruling regarding discovery unless the court has clearly abused its discretion."); *Smith v. Eighth*

*Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying summary judgment motions). Accordingly, we ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. Rob Bare, District Judge
Edward J. Achrem & Associates
Messner Reeves LLP
Eighth District Court Clerk